

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2021

No. 04-21-00067-CV

Calvin **HUMPHREY**,
Appellant

v.

**VECTOR AEROSPACE ENGINE SERVICES- ATLANTIC, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12246
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant has filed a suggestion of bankruptcy, stating he filed a petition in bankruptcy under Chapter 7 of the Bankruptcy Code on July 14, 2021, in Case Number 21-50873 in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

We **order** this appeal abated and removed from the court's active docket. *See* TEX. R. APP. P. 8.2. The appeal will be reinstated only upon proper motion and proof. *See* TEX. R. APP. P. 8.3(a); 4th TEX. APP. (SAN ANTONIO) LOC. R. 4.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court